# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NESTOR A. PEREZ,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:10-cv-410-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on the Motion for Attorney's Fees (Doc. 18) filed by the Plaintiff and the response (Doc. 19) filed by the Defendant. The Defendant has indicated that he does not oppose the Plaintiff's application for fees under the EAJA in the amount of $5,116.78. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Attorney's Fees (Doc. 18) is **GRANTED**. Plaintiff is awarded fees in the amount of $5,116.78. Plaintiff has assigned her right to attorney's fees to Shea Fugate. The Commissioner shall determine whether Plaintiff owes a

debt to the government, and if no debt is owed, the government will accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2011.

                                                              GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party